WILLIAM COBB, Appellant, *v.* WILLIAM CRITTENDEN, Respondent.

*Cobb* v. *Crittenden,* 125 App. Div. 900, affirmed.
(Argued October 12, 1909; decided October 26, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

April 17, 1908, modifying and affirming as modified a judgment in favor of defendant entered upon the report of a referee in an action for an accounting.

*Myron N. Tompkins* for appellant.

*Milo M. Acker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Dissenting: VANN and WILLARD BARTLETT, JJ.